UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> O & J INVESTMENTS, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 3:02 CV 1626 (GLG) <br><br><br><br><br><br> March 11, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn.L.Civ.R. 16(b), Defendant O&J Investments, LLC ("O & J") respectfully requests that the Court modify its January 15, 2003 Scheduling Order by extending the deadlines set forth in the order by an additional one hundred and eighty (180) days. As set forth below, there is good cause for modifying the Scheduling Order.

This case involves a title insurance policy issued by Stewart Title Guaranty Company ("Stewart Title") to O & J on a parcel of land locked residential real estate in Darien, Connecticut. O & J was sued by its neighbors, the Martins, in Connecticut Superior Court. O & J sought coverage under the title insurance policy. In response, Plaintiff Stewart Title Guaranty Company denied coverage, and later filed this declaratory judgment action. O & J counterclaimed against Stewart Title for denying coverage and refusing to provide for O & J's defense in the underlying State Court litigation.

The State Court case was tried before an Attorney Trial Referee who issued a report on November 18, 2002. The Superior Court entered judgment on the report. Both parties have appealed from that judgment.

When the parties filed their Rule 26(f) Report in December 2002, O & J was engaged in settlement discussions with the Martins and anticipated that a settlement would be entered into in the near future. Following the filing of the report, as a settlement of the State Court case appeared more and more likely, O & J and Stewart Title informally agreed to defer discovery until the underlying State Court case was settled, since any settlement of the underlying state court case would affect the issues to be tried in this case, particularly damages..

On May 15, 2003 O&J filed a Motion To Modify Scheduling Order, requesting a 150 extension of the deadlines set forth in the Scheduling Order. At that time, based upon discussions with O&J's state court counsel, the undersigned believed that a settlement of the underlying state court litigation was imminent, and that a 150 extension would provide the parties with ample time to complete discovery and file motions for summary judgment. Unfortunately, the discussions between the parties in the underlying state court case dragged on for months. The parties to the state court litigation finally executed a settlement agreement at the end of January 2004, but the settlement was not finally consummated until a few weeks ago when certain contingencies to the settlement were satisfied.

O & J could not reasonably have anticipated that it would take as long as it has to settle the underlying State Court case..

Under these circumstances, there is good cause to extend the deadlines set forth in the Scheduling Order by an additional one hundred and eighty (180) days. This is the second request for a modification of the Scheduling Order in this case. The undersigned has conferred with counsel for Plaintiff Stewart Title Guaranty Co., and he consents to the requested modification of this Scheduling Order. In making this request, O & J acknowledges that Stewart Title has indicated that it may file an early motion for judgment on the pleadings or for summary judgement in this case now that the underlying state court case is settled. If Stewart Title does so, the parties have agreed to cooperate in limiting the amount of discovery pending a decision on Stewart Title's dispositive motion. Should there be any dispute concerning the scope of necessary discovery, the parties will present such dispute to the Court for resolution.

WHEREFORE, Defendant O & J Investments, LLC, respectfully requests that the Court extend the deadlines set forth in the January 15, 2003 Scheduling Order by an additional one hundred and fifty (180) days.

> THE DEFENDANT,
> O & J INVESTMENTS, LLC
> BY CUMMINGS & LOCKWOOD
> ITS ATTORNEYS
>
> By _____
> JOHN W. CANNAVINO (CT 06051)
> Four Stamford Plaza
> P.O. Box 120
> Stamford, CT 06904-0120
> (203) 327-1700
> (203) 351-4535 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO MODIFY SCHEDULING ORDER was mailed, postage prepaid, this 11thday of March, 2004:

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901-2601

Michael R. Pontrelli, Esq.
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, MA  02199

JOHN W. CANNAVINO

.StmLib1:1013573.1 03/11/04