**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------X
STEWART TITLE GUARANTY COMPANY,     :
                                    :
        Plaintiff,                  :            **ORDER**
                                    :
    -against-                       :
                                    :            **3:02 CV 1626 (GLG)**
O & J INVESTMENTS, LLC,             :
                                    :
        Defendant.                  :
------------------------------------X

Defendant's Motion to Modify the Scheduling Order [Doc. #21] is **granted**. The deadlines are extended by an additional one hundred and eighty (180) days.

      **SO ORDERED.**

**Dated:   March 17, 2004**
        **Waterbury, CT**                    _____/s/_____
                                               Gerard L. Goettel
                                                 U.S.D.J.