UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEWART TITLE GUARANTY COMPANY

   -vs-　　　　　　　　　　　　　　　　　　　　　　　　Civil No. 3:02cv1626(EBB)

O & J INVESTMENTS, LLC

## J U D G M E N T

A notice of proposed dismissal [24] of the above-captioned action having been sent to counsel of record on September 20, 2005, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action is dismissed without costs to any party.

Dated at New Haven, Connecticut, this 12th day of October, 2005.

                                              Kevin F. Rowe, Clerk

                                              By _____
                                                    Melissa Ruocco
                                                    Deputy Clerk

EOD_____