UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 OCT 20  P 1: 56

U.S. ... COURT
... CT

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 302CV1626(GLG) ) |
| O & J INVESTMENTS, LLC, | ) ) ) |
| Defendant. | ) ) ) ) October 19, 2005 |

### STIPULATION OF DISMISSAL

Plaintiff Stewart Title Guaranty Company ("Stewart Title") and Defendant O & J Investments ("O&J") hereby stipulate to the dismissal of this action, including the counterclaim, with prejudice and without costs.

EPSTEIN BECKER & GREEN P.C.

Attorneys for Plaintiff
Stewart Title Guaranty Company

By: /s/ David S. Poppick
David S. Poppick
Federal Bar No. 13202
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

OF COUNSEL:

Michael R. Pontrelli
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000

CUMMINGS & LOCKWOOD LLC

Attorneys for Defendant
O & J Investments, LLC

By: /s/ John W. Cannavino
John W. Cannavino
Federal Bar No. 06051
Four Stamford Plaza
Stamford, CT 06902
(203) 327-1700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing STIPULATION OF DISMISSAL was mailed, postage prepaid, this 19th day of October, 2005 to:

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Michael R. Pontrelli, Esq.
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199

JOHN W. CANNAVINO